UNITED STATES of America,
Plaintiff–Appellee,

v.

Victor GUTIERREZ–PEREZ,
Defendant–Appellant.

No. 06–50704.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 10, 2008.

Carol A. Trujillo, AUS, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Steven S. Lubliner, Esq., Law Offices of Steven S. Lubliner, Petaluma, CA, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Victor Gutierrez–Perez appeals from the 63–month sentence imposed following his bench-trial conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Gutierrez–Perez contends that the district court improperly applied a sixteen-level upward adjustment based on a prior Oregon felony conviction because he was denied a counseled hearing in Oregon court to determine whether his case should be transferred to the adult system. This contention fails because Gutierrez–Perez is not entitled to collaterally attack his prior conviction. *See United States v. Gutierrez–Cervantez,* 132 F.3d 460, 462 (9th Cir. 1997).

Gutierrez–Perez also contends that his sentence is unreasonable. We conclude that Gutierrez–Perez's sentence is reasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

___

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

